IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Fred Farmahin Farahani, | NO. C 08-05786 JW |
| | **ORDER DENYING REQUEST FOR EMERGENCY CASE MANAGEMENT CONFERENCE** |
| _____/ | |

Presently before the Court is Plaintiff's request for an emergency Case Management Conference.[1]  (See Docket Item No. 7.)  He seeks to meet with the Court and his creditors in an effort to reach an agreement preventing the foreclosure on his real property.

Plaintiff is currently a Chapter 11 debtor in a case before Bankruptcy Judge Roger Efremsky. Plaintiff filed, what appears to be a bankruptcy appeal and a request for a temporary restraining order, alleging that one of his creditors violated various laws.  (See Docket Item No. 4.)  The Court has denied Plaintiff's motion for a temporary retraining order.  (Id.)

In light of the Court's previous denial of the TRO and Plaintiff's failure to serve any Defendants in the present action, the Court finds no basis for requiring Plaintiff's creditors to attend an emergency conference.  In addition, the Court has already set this case on its course pursuant to the Local Rules of the Court.

Accordingly, the Court DENIES Plaintiff's request for an emergency Case Management Conference.

Dated: January 14, 2009

JAMES WARE
United States District Judge

---

[1] Plaintiff is proceeding *pro se*.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fred Farmahin In re: Farahani
1705 Westmont Avenue
Campbell, CA 95008

**Dated: January 14, 2009**                     **Richard W. Wieking, Clerk**

                                    **By:   /s/ JW Chambers**
                                         **Elizabeth Garcia**
                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California