**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: Fred Farmahin Farahani,    NO. C 08-05786 JW

**JUDGMENT**

_____/

    Pursuant to the Court's May 12, 2009 Order dismissing Plaintiff's Complaint with prejudice, judgment is entered against Plaintiff Fred Farmahin Farahani in favor of Defendants Benjamin R. Levinson, Charles B. Greene, Stanley Zlotoff, Tony Bayard Devolo, P.L.M. Lender Services.

    Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated: May 12, 2009

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fred Farmahin Farahani
1705 Westmont Avenue
Campbell, CA 95008

**Dated: May 12, 2009**                                   **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers
                                                                  Elizabeth Garcia
                                                                  Courtroom Deputy**